**John P. ZIMMERMAN, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter.**

No. 13879.

United States Court of Appeals
Eighth Circuit.

June 29, 1949.

John P. Zimmerman, pro se.

William G. Zimmerman, Kansas City, Mo., Ed Dupree, Gen. Counsel, Office of Housing Expediter, Hugo V. Prucha, Asst. Gen. Counsel, Office of Housing Expediter, William A. Moran, Special Litigation Atty., Office of Housing Expediter, Washington, D. C., Carroll W. Berry, Atty., Office of Housing Expediter, Kansas City, Mo., and Joseph E. Babka, Atty., Office of Housing Expediter, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

**UNITED STATES of America v. Howard HENRY.**

No. 3597.

United States Court of Appeals
Tenth Circuit.

May 10, 1949.

Lester Luther, U. S. Atty., and Eugene W. Davis, and Philip A. Dergance, Asst. U. S. Attys., Topeka, Kan., for appellant.

Rooney, Dickinson & Prager, Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed May 10, 1949, pursuant to stipulation.

**UNITED STATES ex rel. Walter PAVLOC, Appellant, v. PRESIDENT OF THE PENNSYLVANIA BOARD OF PAROLE and Stanley P. Ashe, Warden, Western State Penitentiary.**

No. 9910.

United States Court of Appeals
Third Circuit.

Submitted June 6, 1949.

Decided June 15, 1949.

No appearance for appellees.

Before MARIS, GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

For the reasons stated in the opinion filed by Judge Gourley, 81 F.Supp. 592, the order of the district court dismissing the relator's petition for a writ of habeas corpus will be affirmed.